IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

APRIL FOUNTAIN                                                                                          PLAINTIFF

v.                                    CASE NO. 2:24-CV-00060-BSM

SOUTHWEST FUNDING LP, *et al.*                                                            DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE